# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

**Robert N. Trgovich, Clerk**                                              www.innd.uscourts.gov

April 24, 2015

Clerk, U.S. District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

# FILED

RE:

| | |
|---|---|
| Name of Defendant: | Jose Ortiz |
| Our Case Number: | 2:11cr89-2 |
| Your Case Number | 15cr210 |

APR 2 4 2015   / M
APR 24 2015
**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

Dear Clerk:

<u>Initial Transfer Out</u>
☐   Enclosed please find Probation Form 22 initiating the Transfer of Jurisdiction to your
district. Please return a certified original to this office after jurisdiction accepted. Upon
receipt, we will forward certified copies of the pertinent documents to you, or advise you
how you may obtain them.

<u>Final Transfer Out</u>
☒   Enclosed please find certified copies of Probation Form 22 transferring the jurisdiction
from the Northern District of Indiana to your District, charging document, Judgment &
Commitment Order, and Docket Sheet.

<u>Transfer In</u>
☐   Enclosed please find Probation Form 22 (certified)  indicating that our court has accepted
jurisdiction.  Please forward certified a Financial Case Ledger and copies of the charging
document (complaint/ indictment), Judgment & Commitment Order, Docket Sheet <u>or</u>
advise us if these documents are accessible via pacer.

Sincerely,

ROBERT N. TRGOVICH, CLERK

s/T. Castillo
By: _____

---

1108 E. Ross Adair Federal Bldg. • 1300 S. Harrison Street • Fort Wayne, Indiana 46802 • (260) 423-3000 • Fax (260) 423-3007
5400 Federal Plaza • Suite 2300 • Hammond, Indiana 46320 • (219) 852-6500 • Fax (219) 852-6509
102 Robert A. Grant Federal Bldg. • 204 South Main Street • South Bend, Indiana 46601 • (574) 246-8000 • Fax (574) 246-8002
214 Charles Halleck Federal Bldg. • 230 North Fourth Street • P.O. Box 1498 • Lafayette, Indiana 47902 • (765) 420-6250 • Fax (765) 420-6273

H7,TERMED

# U.S. District Court Northern District of Indiana [LIVE]
# USDC Northern Indiana (Hammond)
## CRIMINAL DOCKET FOR CASE #: <u>2:11-cr-00089-PPS-APR-2</u>

| | |
|---|---|
| Case title: United States of America v. Yepez et al | Date Filed: 06/16/2011 |
| | Date Terminated: 01/17/2014 |

Assigned to: Chief Judge Philip P
Simon
Referred to: Magistrate Judge
Andrew P Rodovich

*15cr 210*

**Defendant (2)**

**Jose Ortiz**
*TERMINATED: 01/17/2014*

represented by **Michael W Bosch**
Bosch & Dedelow
8320 Kennedy Avenue
Highland, IN 46322
219-972-3030
Fax: 219-838-1909
Email: mbosch@netnitco.net
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

21:846 CONSPIRACY TO
DISTRIBUTE NARCOTICS AND
FORFEITURE ALLEGATIONS
(1)

**Disposition**

BOP − 15 months. Supervised Release − 3 years.
Special Assessment − $100.00. No fine imposed.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level
(Terminated)**

None

**Complaints**

None

**Disposition**

1

**Plaintiff**

**United States of America**                  represented by  **Jennifer S Chang−Adiga − AUSA**
US Attorney's Office − Ham/IN
5400 Federal Plaza Suite 1500
Hammond, IN 46320
219−937−5658
Fax: 219−852−2770
Email: jennifer.chang@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Thomas M McGrath − AUSA**
US Attorney's Office − Ham/IN
5400 Federal Plaza Suite 1500
Hammond, IN 46320
219−937−5621
Email: thomas.m.mcgrath@usdoj.gov
*TERMINATED: 10/24/2013*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 06/16/2011 | 10 | 8 | UNSEALED INDICTMENT as to Cesar Yepez (1) count(s) 1, Jose Ortiz (2) count(s) 1, Christian Martinez (3) count(s) 1, 2, 3. (tc) Modified to attach document on 8/2/2011 (tc). (tc). (Entered: 06/17/2011) |
| 06/17/2011 | | | Judge update in case as to Christian Martinez, Cesar Yepez, Jose Ortiz. Magistrate Judge Andrew P Rodovich added. (tc) (Entered: 06/17/2011) |
| 08/02/2011 | 20 | | AMENDED MOTION to Unseal by United States of America as to Christian Martinez, Cesar Yepez, Jose Ortiz. (tc) (tc). (Entered: 08/02/2011) |
| 08/02/2011 | 21 | | ORDER: Court GRANTS 20 Motion to Unseal as to Cesar Yepez (1), Jose Ortiz (2), Christian Martinez (3). Court DENIES AS MOOT 19 Motion to Unseal. Signed by Magistrate Judge Andrew P Rodovich on 8/2/2011. (tc) (Entered: 08/02/2011) |
| 03/20/2013 | | | Set Hearings as to Jose Ortiz: Initial Appearance set for 3/20/2013 01:15 PM in US District Court − Hammond before Magistrate Judge Andrew P Rodovich. (lh) (Entered: 03/20/2013) |
| 03/20/2013 | | | Arrest of Jose Ortiz (lh) (Entered: 03/20/2013) |
| 03/20/2013 | 72 | | INITIAL APPEARANCE as to Jose Ortiz held on 3/20/2013 before Magistrate Judge Andrew P Rodovich. Govt appeared by AUSA Jennifer Chang−Adiga. Dft appeared w/o atty. Jerry Navarra appeared on behalf of U S Probation/Pretrial Services. Defendant advised of rights, charges and penalties.Defendant requests court appointed counsel.Court finds defendant is eligible for court appointed counsel.Clerk directed to notify FCD of appointment of counsel.Govt moves for detention. Detention/Arraignment set for 3/22/2013 02:00 PM in US District Court − Hammond before Magistrate Judge Andrew P Rodovich. Defendant REMANDED to custody of US Marshal.(Tape #FTR Gold.) (lh) (Entered: 03/20/2013) |
| 03/20/2013 | 73 | | |

2

| | | | |
|---|---|---|---|
| | | | Arrest Warrant Returned Executed on 3/20/13 in case as to Jose Ortiz. (mc) (Entered: 03/20/2013) |
| 03/20/2013 | 74 | | CJA 20 as to Jose Ortiz: Appointment of Attorney Michael W Bosch for Jose Ortiz. Approved by Magistrate Judge Andrew P Rodovich on 3/20/13. (lh) (Entered: 03/20/2013) |
| 03/22/2013 | 75 | | PRETRIAL BOND REPORT as to **Jose Ortiz**. NOTE: This document will only be accessible to appropriate court staff, the government attorney and the attorney for the applicable defendant. Other defendants in the case and the general public will NOT be able to view this document. **For parties entitled to a free look at this document, enter your CM/ECF login and password to confirm your right to view this document.** (USPO Navarra − jerry_navarra@innp.uscourts.gov, fax 219−852−3633) (Entered: 03/22/2013) |
| 03/22/2013 | 76 | | DETENTION/ ARRAIGNMENT HRG as to Jose Ortiz (2) Count 1 held on 3/22/2013 before Magistrate Judge Andrew P Rodovich. Govt appeared by AUSA Jennifer Chang−Adiga. Dft appeared w/ atty Michael Bosch. Jerry Navarra appeared on behalf of U S Probation/Pretrial Services. Gov proffers evidence. Parties present arguments. Bond set at $20,000 unsecured with electronic monitoring. Dft's atty waives being present when bond papers signed.Dft waives reading of formal charges and enters plea of not guilty. Ct to issue trial date/arraignment order. Pretrial Motions due by 4/19/2013. Dfts agree and ct rules time used to prepare and file pre−trial motions pursuant to 12(b) is excluded when calculating the time period for a speedy trial.Defendant REMANDED to custody of US Marshal.(Tape #FTR Gold.) (lh) (Entered: 03/22/2013) |
| 03/22/2013 | 77 | | Jury Trial set for 5/28/2013 08:30 AM in US District Court − Hammond before Chief Judge Philip P Simon. Final Pretrial Conference set for 5/3/2013 02:30 PM in US District Court − Hammond before Magistrate Judge Andrew P Rodovich.Arraignment Order attached. (lh) (Entered: 03/22/2013) |
| 04/02/2013 | 78 | | NOTICE OF HEARING/DEADLINES as to Jose Ortiz regarding 76 . Execution of Bond Papers set for 4/3/2013 09:00 AM in US District Court − Hammond before Magistrate Judge Andrew P Rodovich. USM to produce Dft for hearing. (lh) (Entered: 04/02/2013) |
| 04/03/2013 | 79 | | Appearance Bond Entered as to Jose Ortiz in amount of $ 20,000. (lh) (Entered: 04/03/2013) |
| 04/03/2013 | 80 | | ORDER Setting Conditions of Release as to Jose Ortiz.Signed by Magistrate Judge Andrew P Rodovich on 4/3/13. (lh) (Entered: 04/03/2013) |
| 04/24/2013 | | | Set/Reset Hearings as to Jose Ortiz: Final Pretrial Conference set for 5/3/2013 02:30 PM VACATED due to ct conflict. Final Pretrial Conference reset for 5/2/2013 02:30 PM in US District Court − Hammond before Magistrate Judge Andrew P Rodovich. (lh) (Entered: 04/24/2013) |
| 04/26/2013 | 81 | | MOTION to Vacate *Pre−Trial and Trial Dates* by Jose Ortiz. (Bosch, Michael) (Entered: 04/26/2013) |
| 04/30/2013 | 82 | | ORDER granting 81 Motion to Vacate the Pre−Trial and Trial Dates as to Jose Ortiz. Jury Trial REset for 7/29/2013 08:30 AM in US District Court − Hammond before Chief Judge Philip P Simon as a second criminal setting. |

| | | | |
|---|---|---|---|
| | | | Final Pretrial Conference REset for 7/12/2013 02:30 PM in US District Court − Hammond before Magistrate Judge Andrew P Rodovich. Signed by Magistrate Judge Andrew P Rodovich on 4/30/2013. (rmn) (Entered: 05/01/2013) |
| 06/11/2013 | 83 | | MOTION to Modify Conditions of Release by Jose Ortiz. (Bosch, Michael) (Entered: 06/11/2013) |
| 06/12/2013 | 84 | | ORDER: Court GRANTS 83 Motion to Modify Conditions of Release as to Jose Ortiz (2). Defendant to be released from home incarceration and placed on home detention. Signed by Magistrate Judge Andrew P Rodovich on 6/12/2013. (tc) (Entered: 06/12/2013) |
| 07/08/2013 | 85 | | ATTORNEY APPEARANCE Thomas M McGrath − AUSA appearing for USA. (Co−Counsel) (McGrath − AUSA, Thomas) (Entered: 07/08/2013) |
| 07/09/2013 | 86 | | Second MOTION to Vacate Pre−Trial Conference and Trial Dates by Jose Ortiz. (Bosch, Michael) (Entered: 07/09/2013) |
| 07/10/2013 | 87 | | MINUTE ORDER as to Jose Ortiz VACATING Final Pretrial Conference on 7/12/2013 @ 2:30 PM before Magistrate Judge Andrew P Rodovich pending ruling on 86 MOTION to Continue Trial filed by Jose Ortiz. By Magistrate Judge Andrew P Rodovich on 7/10/2013. (smb) (Entered: 07/10/2013) |
| 07/15/2013 | 88 | | ORDER: Court GRANTS 86 Second Motion to Vacate the Pre−Trial and Trial Dates as to Jose Ortiz (2). Final Pretrial Conference SET for 9/6/2013 10:30 AM in US District Court − Hammond before Magistrate Judge Andrew P Rodovich. Jury Trial RESET as a secondary setting for 9/23/2013 08:30 AM in US District Court − Hammond before Chief Judge Philip P Simon. Signed by Magistrate Judge Andrew P Rodovich on 7/15/2013. (tc) (Entered: 07/15/2013) |
| 09/05/2013 | | | Set/Reset Hearings as to Jose Ortiz: Final Pretrial Conference reset for 9/11/2013 09:30 AM in US District Court − Hammond before Magistrate Judge Andrew P Rodovich. (lh) (Entered: 09/05/2013) |
| 09/10/2013 | 89 | | PLEA AGREEMENT as to Jose Ortiz (McGrath − AUSA, Thomas) (Entered: 09/10/2013) |
| 09/11/2013 | | | Terminate Deadlines and Hearings as to Jose Ortiz: Final Pretrial Conference set for 9/11/2013 vacated. Plea agreement filed. (lh) (Entered: 09/11/2013) |
| 09/12/2013 | 90 | | NOTICE OF HEARING as to Jose Ortiz: Change of Plea Hearing set for 9/19/2013 09:30 AM in US District Court − Hammond before Chief Judge Philip P Simon. (nac) (Entered: 09/12/2013) |
| 09/19/2013 | 91 | | CHANGE OF PLEA HEARING as to Jose Ortiz held on 9/19/2013 before Chief Judge Philip P. Simon. Govt present by Thomas M McGrath, AUSA. Dft is present in person and by cnsl Michael Bosch. U.S. Probation Officer Troy Sabourin is in attendance. Defendant sworn and advised of constitutional rights, charges and penalties. Defendant pleads guilty to count 1 of the Indictment. Court orders judgment of guilty entered upon the dft's plea of guilty to count 1 of the Indictment. Plea of guilty is accepted by the Court. Court reserves acceptance of plea agreement pending a review of the Presentence Investigation Report. Defendant is referred to U.S. Probation for preparation of a presentence investigation report. Trial date of 9/23/2013 is |

4

| | | | |
|---|---|---|---|
| | | | vacated. Sentencing set for 1/15/2014 01:00 PM in US District Court − Hammond before Chief Judge Philip P Simon. Bond and conditions of release previously imposed on defendant shall remain in effect.(Court Reporter Sharon Boleck−Mroz.) (nac) (Entered: 09/20/2013) |
| 09/19/2013 | | | HEARING SET: Sentencing Hearing as to Jose Ortiz: Sentencing set for 1/15/2014 01:00 PM in US District Court − Hammond before Chief Judge Philip P Simon. (nac) (Entered: 09/20/2013) |
| 10/23/2013 | 92 | | MOTION to Withdraw as Attorney *(Co−Counsel)* by Thomas M. McGrath. by United States of America as to Christian Martinez, Cesar Yepez, Jose Ortiz. (McGrath − AUSA, Thomas) (Entered: 10/23/2013) |
| 10/24/2013 | 93 | | Amended MOTION to Withdraw as Attorney *(Co−Counsel)* by Thomas M. McGrath. by United States of America as to Christian Martinez, Cesar Yepez, Jose Ortiz. (McGrath − AUSA, Thomas) (Entered: 10/24/2013) |
| 10/24/2013 | 94 | | ORDER: Court GRANTS 92 , 93 Motion to Withdraw as Attorney. Thomas M McGrath − AUSA withdrawn from case. Signed by Magistrate Judge Andrew P Rodovich on 10/24/2013. (tc) (Entered: 10/25/2013) |
| 12/10/2013 | 95 | | **DRAFT PRESENTENCE INVESTIGATION REPORT as to Jose Ortiz.** NOTE: This document will only be accessible to the government attorney and the attorney for the applicable defendant. The judge in this case, other defendants and the general public will NOT be able to view this draft document. For parties entitled to a free look at this document, enter your CM/ECF login and password to confirm your right to view this document. Parties should submit objections to this report ***directly to the probation officer listed at the end of this docket entry.*** **IMPORTANT!!! Government attorneys and federal community defenders should send objections by SECURE E−MAIL to the probation officer; private attorneys and CJA panel attorneys MUST send objections by FAX ONLY! Government Objections to the Draft Presentence Investigation Report are due not later than 12/24/2013 pursuant to Rule 32 and General Order of the Court 2001−1. Defendant Objections to the Draft Presentence Investigation Report are due not later than 12/24/2013 pursuant to Rule 32 and General Order of the Court 2001−1.** (USPO Sabourin − troy_sabourin@innp.uscourts.gov, fax 219−852−3656) (Entered: 12/10/2013) |
| 12/11/2013 | 96 | | NOTICE OF NO OBJECTION to Presentence Investigation Report by United States of America as to Jose Ortiz re 95 (USPO Sabourin − troy_sabourin@innp.uscourts.gov, fax 219−852−3656) (Entered: 12/12/2013) |
| 12/23/2013 | 97 | | NOTICE OF NO OBJECTION to Presentence Investigation Report by Jose Ortiz re 95 (USPO Sabourin − troy_sabourin@innp.uscourts.gov, fax 219−852−3656) (Entered: 12/23/2013) |
| 12/26/2013 | 98 | | **FINAL PRESENTENCE INVESTIGATION REPORT as to Jose Ortiz.** NOTE: This document will only be accessible to appropriate court staff, the government attorney and the attorney for the applicable defendant. Other defendants in the case and the general public will NOT be able to view this document. **For parties entitled to a free look at this document, enter your CM/ECF login and password to confirm your right to view this document.** (USPO Pramuk − paula_pramuk@innp.uscourts.gov, fax 219−852−3664) (Entered: 12/26/2013) |

| 12/26/2013 | 99 | | **ADDENDUM** TO FINAL PRESENTENCE INVESTIGATION REPORT re 98 as to **Jose Ortiz**. NOTE: This document will only be accessible to appropriate court staff, the government attorney and the attorney for the applicable defendant. Other defendants in the case and the general public will NOT be able to view this document. **For parties entitled to a free look at this document, enter your CM/ECF login and password to confirm your right to view this document.** (USPO Pramuk − paula_pramuk@innp.uscourts.gov, fax 219−852−3664) (Entered: 12/26/2013) |
| --- | --- | --- | --- |
| 01/09/2014 | 101 | | NOTICE OF HEARING as to Jose Ortiz: Sentencing RESET for 1/14/2014 02:00 PM in US District Court − Hammond before Chief Judge Philip P Simon. The previous sentencing date of 1/15/2014 is now VACATED from the Court calendar of Chief Judge Philip P. Simon. (nac) (Entered: 01/09/2014) |
| 01/10/2014 | 102 | | SENTENCING MEMORANDUM by Jose Ortiz (Bosch, Michael) (Entered: 01/10/2014) |
| 01/13/2014 | 103 | | MOTION Self−surrender re 102 Sentencing Memorandum by Jose Ortiz. (Bosch, Michael) (Entered: 01/13/2014) |
| 01/14/2014 | 104 | | Letters to Chief Judge Philip P. Simon on behalf of Jose Ortiz. (nac) (Entered: 01/14/2014) |
| 01/14/2014 | 105 | | SENTENCING held on 1/14/2014 for Jose Ortiz (2) before Chief Judge Philip P. Simon. Govt present by Jennifer Chang−Adiga, AUSA. Dft is present in person and by cnsl Michael Bosch. Court accepts plea agreement. Parties inform Court that the dft qualifies for the safety valve. Court hears from defense cnsl, dft and govt cnsl. Court obtains additional case facts from govt cnsl. Court states reasons for the sentence imposed. Dft is sentenced on count 1: BOP − 15 months. Supervised Release − 3 years. Special Assessment − $100.00. No fine imposed. Defendant to report in person to the designated institution to begin execution of sentence not later than 2:00 p.m. on March 14, 2014. Dft is advised of rights to an appeal, Cnsl reminded of duty to perfect appeal, should client wish. (Court Reporter Sharon Boleck−Mroz.) (nac) (Entered: 01/14/2014) |
| 01/14/2014 | 106 | | ORDER GRANTING 103 Motion for self surrender as to Jose Ortiz (2): dft to surrender self at the designated institution on 3/14/2014 by 2:00 p.m. (Text entry only, no pdf attached). Approved by Chief Judge Philip P Simon on 1/14/2014. (nac) (Entered: 01/14/2014) |
| 01/17/2014 | 107 | 13 | JUDGMENT as to Jose Ortiz (2). Signed by Chief Judge Philip P Simon on 1/17/2014. (nac) (Entered: 01/17/2014) |
| 04/02/2015 | 108 | | PROBATION FILING as to **Jose Ortiz**. NOTE: This document will only be accessible to appropriate court staff, the government attorney and the attorney for the applicable defendant. Other defendants in the case and the general public will NOT be able to view this document. **For parties entitled to a free look at this document, enter your CM/ECF login and password to confirm your right to view this document.** (calexander, ) (Entered: 04/02/2015) |
| 04/08/2015 | 109 | | REVISED PROBATION FILING as to **Jose Ortiz**. NOTE: This document will only be accessible to appropriate court staff, the government attorney and the attorney for the applicable defendant. Other defendants in the case and the |

USDC IN/ND case 2:11-cr-00089-PPS-APR   document 113   filed 04/24/15   page 8 of 21

| | | | |
|---|---|---|---|
| | | | general public will NOT be able to view this document. **For parties entitled to a free look at this document, enter your CM/ECF login and password to confirm your right to view this document.** (calexander, ) (Entered: 04/08/2015) |
| 04/09/2015 | 110 | | TRANSFER OF JURISDICTION ORDER as to Jose Ortiz. Signed by Chief Judge Philip P Simon on 4/9/15. (tc) (Entered: 04/10/2015) |
| 04/10/2015 | 111 | | Letter from NDIN to NDIL re transfer of jurisdiction. (tc) (Entered: 04/10/2015) |
| 04/21/2015 | 112 | 19 | Jurisdiction Transferred to USDC NDIL as to Jose Ortiz. (tc) (Entered: 04/24/2015) |

FILED

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF INDIANA JUN 16 PM 1:16
### HAMMOND DIVISION

STE

FOR THE

OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cause No. |
| | ) | |
| CESAR YEPEZ | ) | 21 U.S.C. § 846 |
| JOSE ORTIZ | ) | 21 U.S.C. § 841(a)(1) |
| CHRISTIAN MARTINEZ | ) | 8 U.S.C. § 1325(a)(2) |
| a/k/a Christian Armando Martinez-Nevarez | ) | |

2:11CR 089

### INDICTMENT

15 CR 210

**THE GRAND JURY CHARGES:**

### COUNT 1

From at least May 25, 2011, the exact date being unknown to the Grand Jury, and continuing into at least May 26, 2011, both dates being approximate and inclusive, in the Northern District of Indiana and elsewhere,

### CESAR YEPEZ;
### JOSE ORTIZ; and
### CHRISTIAN MARTINEZ a/k/a Christian Armando Martinez-Nevarez;

defendants herein, did knowingly and intentionally combine, conspire, confederate and agree one with another and with other persons known and unknown to the Grand Jury, to commit the following offense against the United States: to knowingly and intentionally possess with intent to distribute and distribute a quantity of a mixture and substance containing a detectable amount of cocaine, a schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2

On or about May 26, 2011, in the Northern District of Indiana,

**CHRISTIAN MARTINEZ a/k/a Christian Armando Martinez-Nevarez;**

defendant herein, did knowingly and intentionally possess with intent to distribute a quantity of a

mixture and substance containing a detectable amount of cocaine, a schedule II controlled

substance;

All in violation of Title 21, United States Code, Section 841(a)(1).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3

On or about May 26, 2011, in the Northern District of Indiana,

**CHRISTIAN MARTINEZ a/k/a Christian Armando Martinez-Nevarez;**

defendant herein, a citizen of Mexico and therefore an alien in the United States, did knowingly

and unlawful elude examination and inspection by immigration officers from the United States

Department of Homeland Security in order to enter and remain in the United States;

All in violation of Title 8, United States Code, Section 1325(a)(2).

## **FORFEITURE ALLEGATIONS**

1.     The allegations of Counts 1 and 2 of the Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2.     Upon conviction of one or more of the controlled substances offenses alleged in Counts 1 and 2 of the Indictment, the defendants shall forfeit to the United States of America pursuant to Title 21, United States Code, Section 853 any and all property constituting, or derived from, any proceeds obtained directly or indirectly, as a result of such offenses; and any and all property used, or intended to be used, in any manner or part to commit or to facilitate the commission of such offenses, including but not limited to:

   a.     One 2007 four-door Infiniti, black in color, VIN JNKBV61F67M810685 registered to Juan Manuel-Marquez at 2501 N. Luna Street, Chicago, Illinois

3.      If any of the forfeitable property described in paragraph 3 above, as a result of any act or omission of a defendant cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States of America, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property.

A TRUE BILL:

S/Foreperson
FOREPERSON

DAVID CAPP
UNITED STATES ATTORNEY

By:    S/Jennifer S. Chang-Adiga
       Jennifer S. Chang-Adiga
       Assistant United States Attorney

12

Defendant: JOSE ORTIZ
Case Number: 2:11cr89-002

Page 1 of 6

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

15 CR 210

**UNITED STATES OF AMERICA**
          **Plaintiff**

**v.**

          **Case Number 2:11cr89-002**

          **USM Number 12699-027**

**JOSE ORTIZ**
               **Defendant**

          **MICHAEL W BOSCH**
          **Defendant's Attorney**

_____

### JUDGMENT IN A CRIMINAL CASE

**THE DEFENDANT** pleaded guilty to count 1 of the Indictment on 9/19/2013.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title, Section & Nature of Offense | Date Offense Ended | Count Number(s) |
|---|---|---|
| 21:846 CONSPIRACY TO DISTRIBUTE NARCOTICS AND FORFEITURE ALLEGATIONS | May 26, 2011 | 1 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of any material change in economic circumstances.

January 14, 2014
_____
Date of Imposition of Judgment

s/ Philip P. Simon
_____
Signature of Judge

Philip P. Simon, United States District Judge
_____
Name and Title of Judge

January 17, 2014
_____
Date

Defendant: JOSE ORTIZ
Case Number: 2:11cr89-002

Page 2 of 6

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **15 months**.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons **before 2:00 p.m.  on March 14, 2014**.

## RETURN

I have executed this judgment as follows:

Defendant delivered _____ to _____ at _____
_____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
DEPUTY UNITED STATES MARSHAL

Defendant: JOSE ORTIZ                                                                Page 3 of 6
Case Number: 2:11cr89-002

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **3 years.**

The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of a controlled substance.

The defendant shall submit to one drug test within 15 days of release from imprisonment and two (2) periodic drug tests thereafter, as determined by the Court.

The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

The defendant shall cooperate in the collection of DNA as directed by the probation officer.

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

Defendant: JOSE ORTIZ
Case Number: 2:11cr89-002

Page 4 of 6

## STANDARD CONDITIONS OF SUPERVISION

1.    The defendant shall not leave the judicial district without the permission of the Court or probation officer.
2.    The defendant shall report to the probation officer in the manner and as frequently as directed by the Court or probation officer.
3.    The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4.    The defendant shall support his dependents and meet other family responsibilities.
5.    The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
6.    The defendant shall notify the probation officer within ten (10) days of any change in residence or employment.
7.    The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.
8.    The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.
9.    The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
10.    The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
11.    The defendant shall notify the probation officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer.
12.    The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court.
13.    As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.
14.    The defendant shall pay the special assessment imposed or adhere to a court-ordered installment schedule for the payment of the special assessment.
15.    The defendant shall notify the probation officer of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay any unpaid amount of restitution, fines, or special assessments.

Defendant: JOSE ORTIZ
Case Number: 2:11cr89-002

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| $100.00 | NONE | NONE |

The defendant shall make the special assessment payment payable to Clerk, U.S. District Court, 5400 Federal Plaza, Suite 2300, Hammond, IN 46320.  The special assessment payment shall be due immediately.

### FINE

No fine imposed.

### RESTITUTION

No restitution was ordered.

Defendant: JOSE ORTIZ
Case Number: 2:11cr89-002

Page 6 of 6

Name:_____JOSE ORTIZ_____

Docket No.:_____2:11cr89-002_____

## ACKNOWLEDGMENT OF SUPERVISION CONDITIONS

Upon a finding of a violation of probation or supervised release, I understand that the Court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

I have reviewed the Judgment and Commitment Order in my case and the supervision conditions therein.  These conditions have been read to me.  I fully understand the conditions and have been provided a copy of them.

(Signed)

_____          _____
Defendant                                                                Date


_____          _____
U.S. Probation Officer/Designated Witness                   Date

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**THOMAS G. BRUTON**

312-435-5698

-𝔽𝕀𝕃𝔼𝔻-

APR 2 1 2015

At_____M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Northern District of Indiana
5400 Federal Plaza, Suite 2300
Hammond, IN 46320

Re:     US vs. Jose Jesus Ortiz
        Our case number: **15 CR 210, your case number 11 CR 89-2**

Dear Clerk:

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding Jose Jesus Ortiz ,  which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with  the enclosed copy of this letter to the United States District Court at the above address.  Your prompt attention to this matter is greatly appreciated.

Sincerely,

Thomas G. Bruton
Clerk

Laura Springer Deputy Clerk

Enclosure

19

| PROB 22<br>(Rev. 09/12) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 2:11CR89- 002 |
| | | DOCKET NUMBER *(Rec. Court)*<br>**15CR 210** |

| NAME AND ADDRESS OF PROBATION / SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jose Jesus Ortiz      -FILED- | Northern Indiana | Hammond |
| APR 2 7 2015 | NAME OF SENTENCING JUDGE<br>Philip P. Simon | |
| ROBERT L. TRGOVICH, Clerk<br>U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF INDIANA | DATES OF<br>SUPERVISION | FROM<br>3/30/2015 | TO<br>3/29/2018 |

| OFFENSE | |
|---|---|
| CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE | **JUDGE DARRAH**<br>**MAGISTRATE JUDGE MARTIN** |

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA

**FILED**
4-15-15
APR 1 5 2015

    **IT IS HEREBY ORDERED** that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>Northern District of Illinois</u> upon that Court's Order of Acceptance of Jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

<u>4 - 9 - 15</u>
Date

s/Philip P. Simon
United States District Judge

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

  **IT IS HEREBY ORDERED** that jurisdiction over the above-named probation or supervised releasee be accepted and assumed by this Court from and after the entry of this Order.

4/14/15
Effective Date

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By _____
DEPUTY
U. S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: 4/16/15

United States District Judge