IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| U S A | ) | Case No: **15 Cr 210** |
| | ) | |
| v. | ) | |
| | ) | Judge: ROBERT W. GETTLEMAN |
| | ) | |
| **Jose Jesus Ortiz** | ) | |

**ORDER**

Motion hearing held.
Defendant's motion [3] to terminate supervised release is granted and his period of supervised release is ordered terminated.

(00:04)

Date: July 18, 2017

Judege ROBERT W. GETTLEMAN